IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.     CASE NO. 4:12cr00156-03 JMM

MARY ANN LOGAN

## AMENDED JUDGMENT & COMMITMENT

The Judgment entered in this case on September 18, 2013 (DE #66) is amended to include special conditions of Probation, as stated on record.

The first six (6) months of probation the defendant shall be on home detention with electronic monitoring. The cost of the monitor will be at the defendant's expense if financially able, as determined by the U.S. Probation Office.

While on home detention the defendant is restricted to her residence at all times except for employment, education, religious services, medical, substance abuse or mental health treatment, attorney visits, court appearance. All must be pre-approved by the supervising officer. The defendant will be allowed to continue the care of her father and continue employment under the supervision of the probation office with the understanding that the remainder of that time defendant is confined in the home.

The defendant shall disclose financial information upon request of the U.S. Probation Office, including, but not limited to, loans, lines of credit, and tax returns. This also includes records of any business with which the defendant is associated. No new lines of credit shall be established without prior approval of the U.S. Probation Office until all criminal penalties have been satisfied.

The remaining portions of the Judgment will remain in full force and effect.

The Clerk is directed to provide a copy of this order to the United States Probation Office and the United States Marshals Service.

IT IS SO ORDERED this 4th day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE